FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 AUG -2 P 3: 17

CLERK, US DISTRICT COURT
M... ... FLORIDA

UNITED STATES OF AMERICA

v.                                                    Case No. 3:04-cr-30-J-20MCR

HUMBERTO GASPAR-ANTONIO
_____/

**SUPERVISED RELEASE REVOCATION**
**and**
**JUDGMENT AND COMMITMENT**

On August 2, 2006, Don J. Pashayan, Assistant United States Attorney, and the Defendant, HUMBERTO GASPAR-ANTONIO, appeared in person and with his counsel, Gerald S. Bettman, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 22, filed August 18, 2004).

The Defendant, having heretofore been convicted on March 10, 2004, in Case No. 3:04-cr-30-J-25TEM, of offense charged, to wit: Being found illegally in the United States after previous deportation, in violation of Title 8 U.S.C. § 1326, as charged in Count One of the Information; and was sentenced to be imprisoned for a term of time served plus seven (7) days, to expire on Wednesday, March 17, 2004; and was placed on supervised release for a term of one (1) year;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 22, filed August 18, 2004) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **12 months**, to run consecutively to the term of imprisonment (97 months) imposed in Case No. 3:04-cr-206(S2)-J-20MCR.

3. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution. The Court recommends FCI Jesup, GA.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of August, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Don Pashayan, Esq.
Gerald S. Bettman, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office